## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lawrence Madison, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 820 C.D. 2018 |
| | : | |
| Pennsylvania Board of Probation and Parole, | : | |
| | : | |
| Respondent | : | |

## PER CURIAM

## **O R D E R**

**AND NOW**, this 5th day of June, 2019, it is ordered that the above-captioned opinion filed on March 27, 2019, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.